UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.,<br><br>　　　　Respondent. | Case No.  15-cv-03829-JST<br><br>**ORDER TO SHOW CAUSE** |

On August 21, 2015, Petitioner Joseph P. Frankl, Regional Director of Region 20 of the National Labor Relations Board, filed a Petition for Injunction and Memorandum in Support of the Petition. ECF Nos. 1, 3. On August 25, 2015, the matter was reassigned to this Court. ECF No. Pursuant to Section 10(j) of the National Labor Relations Act, as amended 29 U.S.C. § 160(j), Petitioner prays for an order directing Bauer's Intelligent Transportation, Inc. ("Respondent") to show cause why a temporary injunction should not be granted as requested in the Petition pending the final disposition of the administrative matters pending before the NLRB in Cases 20-CA-148119 and 20-CA-151225.  Good cause appearing, therefore:

IT IS ORDERED that Respondent appear before this Court located at the United States Courthouse, Courtroom 9, 450 Golden Gate Avenue, San Francisco, California on October 1, 2015 at 9:30 a.m., or as soon thereafter as counsel can be heard, and show cause why, pending the final disposition of the administrative proceeding now pending before the NLRB in Cases 20-CA-148119 and 20-CA-151225, Respondent, its officers, representatives, supervisors, agents, servants, employees, attorneys, and all persons acting on its behalf or in participation with it, should not be temporarily enjoined and restrained under Section 10(j) of the Act, as prayed in said Petition; and

IT IS FURTHER ORDERED that Respondent file an Opposition to the Motion for

1 Petition, together with any supporting affidavits, declarations, and exhibits, with the Clerk of this
2 Court, and serve copies thereof upon Petitioner at his office located at 901 Market Street, Suite
3 400, San Francisco, California, to be received on or before September 10, 2015, and that Petitioner
4 may file a Reply and serve rebuttal affidavits, declarations, and exhibits on or before September
5 17, 2015.  Pursuant to Local Rules 7-5 and 7-6 of this Court and pursuant to the Order of this
6 Court, all evidence shall consist of affidavits or declarations.  No oral testimony will be heard
7 unless otherwise ordered by the Court; and

8     IT IS FURTHER ORDERED that service of copies of this Order, together with copies of
9 the Petition, be made forthwith upon Respondent or upon its counsel of record in Cases 20-CA-
10 148119 and 20-CA-151225 in any manner provided in the Federal Rules of Civil Procedure, for
11 the United States District Courts, by electronic facsimile transmission or by certified mail, and that
12 proof of such service be filed with the Court.

13     IT IS SO ORDERED.

14 Dated: August 26, 2015

_____
JON S. TIGAR
United States District Judge