UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH F. FRANKL,

    Petitioner,

v.

BAUER'S INTELLIGENT TRANSPORTATION, INC.,

    Respondent.

Case No. 15-cv-03829-JST

**ORDER CONTINUING CASE UNDER 29 U.S.C. SECTION 160(j)**

Re: ECF No. 20

    The parties in this action filed a stipulation and proposed order requesting that the Court indefinitely postpone the hearing on a petition scheduled for October 1, 2015 because the parties have settled. See ECF No. 20. The Petitioner will dismiss the action upon the National Labor Relations Board's approval of the settlement. The parties' stipulation is approved and so ordered.

    The Court also sets a status conference for Wednesday, January 27, 2016 at 2:00 p.m. that will go forward if the case has not been dismissed by that date. A joint statement will be due on January 13, 2016. All other dates are vacated.

    IT IS SO ORDERED.

Dated: September 15, 2015

                                  JON S. TIGAR
                            United States District Judge