United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL,<br><br>    Petitioner,<br><br>v.<br><br>BAUER'S INTELLIGENT TRANSPORTATION, INC.,<br><br>    Respondent. | Case No. 15-cv-03829-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 23 |

The parties have filed a stipulation of dismissal dated October 1, 2015. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 1, 2015

                                                JON S. TIGAR
                                       United States District Judge